UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christopher R. Marchese-Santos,<br><br>Plaintiff,<br><br>v.<br><br>Daniel Richardson, et al.<br><br>Defendants. | Civil Action No. 2:26-cv-00118 |

**REPORT & RECOMMENDATION**
(Doc. 12)

On August 24, 2026, the Court denied without prejudice Plaintiff's second application to proceed *in forma pauperis* ("IFP") and allowed him until September 28, 2026 to pay the filing fee or refile a complete IFP application. Plaintiff was advised that if he failed to file within the time allowed, the undersigned would recommend dismissal of his claims.

On September 16, 2026, Plaintiff filed an "Order/Motion For: 'Amend Case[.]'" (Doc. 12.) Although the intent of the filing is not clear, the Court construes it to be a request for an extension of time to file an Amended Complaint in a separate case—*Marchese-Santos v. Northern State Correctional Facility*, No. 2:26-cv-0119 (D. Vt. Apr. 8, 2026). To the extent that Plaintiff may be requesting relief in this case, the Court is unable to determine the relief requested or the basis for any requested relief. Accordingly, I recommend that the Motion be DENIED.

The filing also has not remedied the deficiencies in his IFP application identified in the August 24, 2026 order. Because Plaintiff did not pay the filing fee or refile a complete IFP

application by September 28, 2026, I recommend that this case be DISMISSED without prejudice.

Dated at Burlington, in the District of Vermont, this 7th day of October 2026.

*/s/ Kevin J. Doyle*____________
Kevin J. Doyle
United States Magistrate Judge

Any party may object to this Report and Recommendation within fourteen days after service thereof by filing with the Clerk of the Court and serving on the Magistrate Judge and all parties written objections that shall specifically identify those portions of the Report and Recommendation to which objection is made and the basis for such objections. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); L.R. 72(c). Failure to timely file such objections "operates as a waiver of any further judicial review of the magistrate [judge]'s decision." *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2nd Cir. 2008).