UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Christopher R. Marchese-Santos, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 2:26 CV 118 |
| | : | |
| Daniel Richardson, et al., | : | |
| Defendants. | : | |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed October 8, 2026 (Doc. 13). After careful review of the file and the Magistrate Judge's Report and Recommendation, and no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The plaintiff's motion for leave to amend case (Doc. 12) is DENIED. It is also ordered that this case be DISMISSED without prejudice.

It is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 30th day of October 2026.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge